# UNITED STATES DISTRICT COURT

FILED BY MC D.C.
NOV 26 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NASEDRA K. LUMPKIN
(PLAINTIFF)

NO: _____

VS.

PALM BEACH COUNTY

FLORIDA DEPARTMENT OF LAW ENFORCEMENT

OFFICE OF STATEWIDE PROSECUTION

(DEFENDANTS)

## CIVIL RIGHTS COMPLAINT UNDER 42 USC 1983

IN THE CAUSE OF ACTION, I PLAINTIFF NASEDRA LUMPKIN, FILES SAID ABOVE-ENTITLED ACTION, PURSUANT TO ARTICLE III TITLE 42 U.S.C. 1983, ALLEGE AS FOLLOWS:

### JURISDICTION

THIS COURT HAS JURISDICTION OVER PLAINTIFF'S CLAIM UNDER 28 U.S.C. 1331 AND 1343 (3) AND (4) IN THAT THIS IS AN ACTION (1*) ARISING UNDER THE LAWS OF THE UNITED STATES, AND (2*) TO RECOVER DAMAGES UNDER ACTS OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS.

PAGE 1 OF 5

## VENUE

VENUE IS PROPER IN THIS DISTRICT UNDER 28 USC 1391 AND 42 USC 1983 IN THAT PLAINTIFF'S CLAIMS AROSE ENTIRELY WITHIN THE WEST PALM BEACH DIVISION OF THE STATE OF FLORIDA.

## PARTIES

1. NASEDRA K. LUMPKIN = PLAINTIFF IS A FORMER RESIDENT OF STATE OF FLORIDA.
   DC# Y02264
   HAMILTON CORR. INST.
   10650 S.W. 46th ST.
   JASPER, FL. 32052

2. TOM BACON
   FLORIDA DEPARTMENT OF LAW ENFORCEMENT = DEFENDANT SPECIAL AGENT TOM BACON
   2300 High Ridge Rd. Suite 363
   BOYNTON BEACH, FL. 33426

3. JULIE HOGAN = DEFENDANT ASSISTANT STATEWIDE PROSECUTOR JULIE HOGAN
   OFFICE OF STATEWIDE PROSECUTION
   1515 N. FLAGLER DR. SUITE 900
   WEST PALM BEACH, FL 33402

4. PALM BEACH COUNTY COMMISSIONER = DEFENDANT PALM BEACH COUNTY
   WEST PALM BEACH OFFICE,
   THE CITY OF WEST PALM BEACH

PAGE 2 OF 5

## NATURE OF THIS ACTION

THIS IS AN ACTION SEEKING TO RECOVER EQUITABLE RELIEF (INCLUDING WITHOUT LIMITATION, COMPENSATORY AND PUNITIVE DAMAGES AND OTHER RELIEF TO REDRESS VIOLATIONS OF 42 USC 1983.

## FACTS

ON DECEMBER 18, 2023, PLAINTIFF NASEDRA LUMPKIN, PETITION THE DEFENDANTS JULIE HOGAN OF THE OFFICE OF STATEWIDE PROSECUTION, WEST PALM BEACH OFFICE, SPECIAL AGENT TOM BACON OF FLORIDA DEPARTMENT OF LAW ENFORCEMENT, WEST PALM BEACH FIELD OFFICE, AND THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT COURT IN AND FOR PALM BEACH COUNTY FLORIDA TO EXPUNGE FALSE RECORDS FROM COURT RECORDS IN CASE NO: 502009 CF005842, BECAUSE IT VIOLATES FEDERAL LAW.

THE INCORPORATED CHARGE INFORMATION IN THE COURT RECORDS FILED BY ATTORNEY JULIE HOGAN PROVIDE A FALSE ARREST INFORMATION FOR POLK, ORANGE, AND INDIAN RIVER COUNTIES OF STATE OF FLORIDA FOR WHICH NO JUDGES OF POLK, ORANGE, AND INDIAN RIVER COUNTIES AUTHORIZE ARREST OR ISSUE WARRANT FOR PLAINTIFF FOR VIOLATING FLORIDA LAW OF GRAND THEFT OVER $100,000 AND CONSPIRACY TO COMMIT BURGLARY THAT WAS CHARGE TO THE JURY ON MAY 4, 2012 FOR JUDGEMENT.

— IN DECEMBER 2023, PLAINTIFF DISCOVERED DEFENDANTS HAD VIOLATED FEDERAL LAW 42 USC 1983 DEPRIVATION OF RIGHTS, MIRANDA VS. ARIZONA, GIGLIO, PROCEDURAL DUE PROCESS OF 14 AMENDMENT OF UNITED STATES CONSTITUTION, ADMINISTRATIVE PROCEDURE ACT, AND LIABILITY, AND DEMANDED THE FRAUDULENT INFORMATION THE JURY WAS FORCE TO MAKE A JUDGMENT BE EXPUNGE FROM COURT RECORD AND A COPY OF ORDER BE DIRECTED TO UNITED STATES DEPARTMENT OF JUSTICE.

DEFENDANT REFUSED WHICH REMAINDED THE PLAINTIFF FILED HIS COMPLAINT.

## Claim For Relief

### Violation of 42 USC 1983

Plaintiff sustained loss to liberty for false incorporate information provided to jury, without limitation, sustained mental anguish. He seeks five million dollars from Palm Beach County for compensatory damages, punitive damages, court cost and wish to recover judgement for violation of federal law.

Respectfully Submitted,

/s/

### Declaration

I declare under penalty of perjury that this is true and correct.

Executed on:
November 17, 2024
(Date)

/s/

Mr. Nasedra K Lumpkin
DC# Y02264
Hamilton Corr. Inst.
10650 SW. 46th St.
Jasper, FL. 32052

Page 5 of 5

From: MR. NASEDRA K. Lumpkin
DC# Y02264
HAMILTON CORRECTIONAL INSTITUTION
10650 S.W. 46th STREET
JASPER, FLORIDA. 32052

MAILED FROM A STATE
CORRECTIONAL INSTITUTION


ZIP 32083
02 4W
0000379961

TO:/ UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVE,
MIAMI, FLORIDA. 33128

LEGAL MAIL

331288 1801 C075

REC'D BY _____ D.C.
NOV 26 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI